UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CHEN,<br><br>                Plaintiff,<br><br>v.<br><br>UTHERVERSE, INC.; BRIAN SCHUSTER; and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No.: 3:25-cv-00367-H-VET<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

      On February 19, 2025, Plaintiff Jennifer Chen filed a complaint against Defendants Utherverse, Inc. and Brian Schuster. (Doc. No. 1.) On February 19, 2025, the summons was issued. (Doc. No. 2.) On June 3, 2025, the Clerk of Court provided notice of a hearing and order to show cause why the case should not be dismissed for failure to serve pursuant to Local Rule 4.1(b). (Doc. No. 3.) On June 16, 2025, the Court held the hearing pursuant to the notice, but neither party appeared. Accordingly, the Court dismisses the case without prejudice for failure to serve. <u>See</u> Fed. R. Civ. P. 4(m). The Clerk is directed to close the case.

      **IT IS SO ORDERED.**

DATED: June 16, 2025

                                              MARILYN L. HUFF, District Judge
                                              UNITED STATES DISTRICT COURT