

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Chen, an individual<br><br>**Plaintiff,**<br><br>V.<br><br>Utherverse, Inc., a Nevada Corporation; Brian Shuster, as an individual; Does 1 through 25, inclusive<br><br>**Defendant.** | Civil Action No.   25-cv-0367-H-VET<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On June 3, 2025, the Clerk of Court provided notice of a hearing and order to show cause why the case should not be dismissed for failure to serve pursuant to Local Rule 4.1(b). (Doc. No. 3.) On June 16, 2025, the Court held the hearing pursuant to the notice, but neither party appeared. Accordingly, the Court dismisses the case without prejudice for failure to serve. See Fed. R. Civ. P. 4(m). This case is hereby closed.

Date:   6/16/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ M.Williams
                                    M.Williams, Deputy